# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 15-187V**
**Filed: July 29, 2015**
Unpublished

| | |
|---|---|
| JERED R. ANDERSON, Petitioner, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent. | Ruling on Entitlement; Concession; Influenza; Syncope; Post-concussion Syndrome; Special Processing Unit (“SPU”). |

*John Andrew Hamer, Hoffman Law Office, Faribault, MN, for petitioner.*
*Debra Filteau Begley, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Vowell**, Chief Special Master:

On February 27, 2015, Jered R. Anderson filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] [the “Vaccine Act” or “Program”]. Petitioner alleges that he experienced syncope and post-concussion syndrome following the administration of an influenza vaccine on December 28, 2012. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 29, 2015, respondent filed her Rule 4(c) report in which she concedes that petitioner is entitled to compensation in this case. Respondent’s Rule 4(c) Report at 1. Specifically, respondent “believes that the alleged injury is consistent with syncope and post-concussion syndrome that was caused by the administration of petitioner’s flu

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, I intend to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all “§” references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

vaccination. *Id.* at 3. Respondent further agrees that "petitioner met the statutory requirements by suffering the condition for more than six months." *Id.*

**In view of respondent's concession and the evidence before me, I find that petitioner is entitled to compensation.**

**s/Denise K. Vowell**
Denise K. Vowell
Chief Special Master